# United States District Court
## for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

AARON SAUL GREENBERG, M.D.P.C., EMILY BEHAR, WENDY FRIEDMAN and MOLLY S. PIESCO, on behalf of themselves and all others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:19-cv-07752 |
| CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, N.A. and CAPITAL ONE BANK (USA), N.A. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

STEVEN JEFFREY HOWITT, on behalf of himself and all others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:19-CV-07161 |
| CAPITAL ONE FINANCIAL CORPORATION, | |
| Defendant | |

IH-32                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open          (If so, set forth procedural status and summarize any court rulings.)

The earlier complaint was filed on July 31, 2019 and has been assigned to the Honorable John G. Koeltl. On August 22, 2019, Judge Koeltl set an ititial conference for October 10, 2019 at 4:30 pm.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiffs in both cases allege that Capital One Financial Corporation failed to protect the confidential information of millions of customers, including names, addresses, dates of birth, social security numbers and bank account numbers. Plaintiffs allege similar causes of action in both cases including claims for negligence, breach of implied contract and consumer protection statutes.

Signature: /s/Melissa R. Emert                    Date: 9/16/19

Firm: Stull, Stull & Brody